## MENDOZA v. STATE. (No. 3404.)

(Court of Criminal Appeals of Texas. Feb. 3, 1915.)

CRIMINAL LAW ☞1090—RECORD—BILLS OF EXCEPTION—STATEMENT OF FACTS.

Where the record contains no bills of exception or statement of facts, refusal of requested charges and denial of motion for new trial will not be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. ☞1090.]

Appeal from District Court, Bexar County; W. S. Anderson, Judge.

Luis Mendoza was convicted of murder, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of murder, and his punishment assessed at five years' confinement in the penitentiary.

There were several special charges requested and refused, and motion for new trial made. The record is before us without bills of exception or statement of facts. The matters contained in the record are such as have been passed on in several cases recently decided, and under the authority of those cases the judgment will be affirmed.